IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2-18CR-038-D |
| CRISTY MARIE BRIGHT | |

INDICTMENT

The Grand Jury Charges:

Count One
Possession with Intent to Distribute 500 Grams or More of Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about March 11, 2018, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Cristy Marie Bright**, defendant, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

A TRUE BILL:

*/s/ Pam Hick*
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

*/s/ Sean J. Taylor*
SEAN J. TAYLOR
Assistant United States Attorney
Texas Bar No. 24075147
500 South Taylor Street, Suite 300
Amarillo, Texas  79101-2446
Telephone:   806-324-2356
Facsimile:    806-324-2399
E-Mail:         sean.taylor@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

CRISTY MARIE BRIGHT

INDICTMENT

COUNT 1:   POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

(1 COUNT)

A true bill rendered:

Amarillo                                             _Pam Hicks_ Foreperson

Filed in open court this 29th day of March ,A.D. 2018.

_____ Clerk

DEFENDANT IN FEDERAL CUSTODY
(Complaint filed 3/12/2018 – 2:18-MJ-28)

_Dee Ann Reno_
UNITED STATES MAGISTRATE JUDGE