RECEIVED

MAY - 5 2021

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

2:18-CR-38

Honorable Judge Fitzwater,

I sent a motion on Wednesday February 24, 2021. The motion was for hardship credit due to my circumstances from May 2020 - December 30, 2021. I never received a response from the courts on this matter and I was wondering if you received it and what the response was. Thank you for your time in this matter.

Sincerly,
Cristy Bright
#56954-177

Federal Correctional Institution Aliceville
P.O. Box 4000
Aliceville, Alabama 35442

Please respond.

Casty Bright #56954-177
FEDERAL CORRECTIONAL Institution Aleeuulle (A2 #10) 350
P.O. Box 4000
Aleeuille, Alabama 35442

BIRMINGHAM AL

27 APR 2021   PM 1   L

Earth
April 22n
FOREVER/USA

RECEIVED - 6

MAY   5 2021

MAILROOM

Clerk of / Judge Fitzwater
1100 Commerce St Room 1358
Dallas, Texas 75242-1003

75242-131433